UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GINGER LEBLANC | CIVIL ACTION |
| VERSUS | NO. 04-0923 |
| JO ANNE BARNHART COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | SECTION "A"(4) |

## ORDER

The Court having considered Plaintiff's Motion for Summary Judgment, the record, the applicable law, and Plaintiff's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Although Plaintiff correctly notes that she properly effectuated service after filing her Motion For Summary Judgment, the denial of her motion will not effect the resolution of this matter.  The substantive issues have already been briefed and the government has not raised the affirmative defenses that Plaintiff seeks to strike.  As a result, Plaintiff's motion is

 moot.

	Accordingly;

**IT IS ORDERED** that **Plaintiff's Motion for Summary Judgment (Rec. Doc. 8)** is **DENIED**.

New Orleans, Louisiana, August 12, 2005.

_____
UNITED STATES DISTRICT JUDGE